COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Advanced Powder Solutions, Inc., Relator

Appellate case number:      01-15-00758-CV

Trial court case number:    2014-16020

Trial court:                125th Judicial District Court of Harris County

On September 3 2015, the relator, Advanced Powder Solutions, Inc., filed a petition for a writ of mandamus seeking to vacate the respondent trial judge's July 17, 2015 order denying the relator's motion to submit to physical examination of the real party in interest, Tremaine Hewitt.  On September 3, 2015, the relator also filed a motion for temporary relief, seeking a stay of the trial and removing the case from its current trial setting of October 19, 2015, pending resolution of this mandamus petition.  The relator contends that a stay is necessary because, if mandamus relief is granted, the relator will need adequate time to examine the real party in interest and to prepare a viable defense before trial.  Although no response has been filed by the real party in interest in opposition to this motion yet, the relator's certificate of compliance indicates that counsel for the real party in interest has been contacted and is opposed to this motion.

Accordingly, we **grant** the relator's motion and **ORDER** that the trial date of October 19, 2015, in the above-referenced trial court cause number is **stayed**.  *See* TEX. R. APP. P. 52.10(b).  This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted.  *See id.*  Any party may file a motion for reconsideration of the stay.  *See id.* at 52.10(c).

In addition, the Court requests a response to the petition for writ of mandamus by any real party in interest.  *See* TEX. R. APP. P. 52.8(b)(1).  The response, if any, shall be filed **within 30 days from the date of this order**.  *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☑ Acting individually    ☐ Acting for the Court
Date: September 4, 2015